FILED
2012 May-14  PM 03:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: CHANTIX (VARENICLINE) PRODUCTS LIABILITY LITIGATION (MDL-2092) | Master File No.: 2:09-CV-2039-IPJ |
| | **BARBARA SAXTON,** Plaintiff, |
| | v. |
| MASTER SHORT FORM COMPLAINT FOR INDIVIDUAL CLAIMS | **PFIZER, INC.,** Defendant, |

### MASTER SHORT FORM COMPLAINT

### FOR INDIVIDUAL CLAIMS

1.    Plaintiff(s), Barbara Saxton                                        ,

state(s) and incorporate(s) by reference the portions indicated below of Plaintiffs'

Master Consolidated Complaint on file with the Clerk of the Court for the United

States District Court for the Northern District of Alabama in the matter entitled *In*

*Re: Chantix (Varenicline) Products Liability Litigation*, MDL No. 2092.

Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Pretrial Order

No. 2 of this Court for cases filed directly into this district.

2.    In addition to the below-indicated portions of the Master Consolidated

Complaint adopted by the plaintiff and incorporated by reference herein,

Plaintiff(s) hereby allege(s) as follows:

1

## VENUE

3.    Venue for remand and trial is proper in the following federal judicial

district:  USDC for the Western District of Missouri          .

## IDENTIFICATION OF PLAINTIFF(S)
## AND RELATED INTERESTED PARTIES

4.    Name and residence of individual injured by Chantix:

 Barbara Saxton, Lebabon, Laclede County, Missouri.                                  

_____

5.    Consortium Claim(s):  The following individual(s) allege damages for

loss of consortium: [INSERT THE NAME OF EACH INDIVIDUAL].

_____

_____

_____

6.    Survival and/or Wrongful Death claims:

        a.    Name and residence of Decedent when he suffered Chantix

        related injuries and/or death:

_____

_____

2

b.    Name and residence of individual(s) entitled to bring the claims on behalf of the decedent's estate  ( e.g., personal representative, administrator, next of kin, successor in interest, etc.)

_____

_____.

7.    Survival and/or Wrongful Death Claim: The following individual(s) allege certain claims for damages for survival and/or wrongful death in accordance with applicable state law:

_____

_____.

## CASE SPECIFIC FACTS
## REGARDING CHANTIX USE AND INJURIES

8.    [Plaintiff/Decedent] began using CHANTIX as prescribed and indicated on or about the following date: June 2007_____.

9.    CHANTIX caused serious injuries and damages including but not limited to the following:

Severe anxiety, severe depression, memory loss, concentration problems, anger, hallucinations, suicidal ideation & suicide attempt requiring hospitalizations.

_____

_____.

3

## ALLEGATIONS, CLAIMS, AND THEORIES OF RECOVERY ADOPTED AND INCORPORATED IN THIS LAWSUIT

10.    The Plaintiff hereby adopts and incorporates by reference as if set forth fully herein, all common allegations contained in paragraphs 1 through 87 of the Master Consolidated Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Alabama in the matter entitled *In Re: Chantix (Varenicline) Products Liability Litigation*, MDL No. 2092.

11.    The Plaintiff hereby adopts and incorporates by reference as if set forth fully herein, the following damages and causes of action of the Master Consolidated Complaint on file with the   Clerk of the Court for the United States District Court for the Northern District of Alabama in the matter entitled *In Re: Chantix (Varenicline) Products Liability Litigation*, MDL No. 2092:

    __X__    COUNT I (NEGLIGENCE);

    __X__    COUNT II (NEGLIGENCE PER SE);

    __X__    COUNT III (STRICT PRODUCTS LIABILITY – DESIGN DEFECT);

    __X__    COUNT IV (STRICT PRODUCTS LIABILITY – FAILURE TO WARN);

    __X__    COUNT V (BREACH OF EXPRESS WARRANTY);

    __X__    COUNT VI (BREACH OF IMPLIED WARRANTY);

    __X__    COUNT VII (FRAUDULENT MISREPRESENTATION AND CONCEALMENT);

   X     COUNT VIII (NEGLIGENT MISREPRESENTATION AND CONCEALMENT);

   X     COUNT IX (GROSS NEGLIGENCE);

   X     COUNT X (UNJUST ENRICHMENT);

   X     COUNT XI (PUNITIVE DAMAGES);

   X     COUNT XII (VIOLATIONS OF STATE CONSUMER FRAUD AND DECEPTIVE TRADE PRACTICES ACTS);

         COUNT XIII (LOSS OF CONSORTIUM);

         COUNT XIV (WRONGFUL DEATH);

         COUNT XV (SURVIVAL);

   X     GLOBAL PRAYER FOR RELIEF;

   X     TOLLING OF LIMITATION PERIOD;

      OTHER   STATE LAW CAUSES OF ACTION AS FOLLOWS:

_____

_____

_____

## JURY DEMAND

Plaintiff(s) hereby demands a trial by jury as to all claims in this action.

Dated this the __11th__ day of __May__ , 2012.

5

RESPECTFULLY SUMBITTED
ON BEHALF OF THE PLAINTIFF(S),

Ernest Cory (ASB-2279-Y83E)
G. Rick DiGiorgio
(ASB-0289-R72G)
Elizabeth Ellis Chambers
(ASB-3521-A63E)
Stephen R. Hunt, Jr.
(ASB-3621-N62H)
B. Kristian W. Rasmussen
(ASB-1068-R64R)
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue, STE 200
Birmingham, AL 35205
Phone: (205) 328-2200
Email: ecory@cwcd.com;
rdigiorgio@cwcd.com;
bchambers@cwcd.com;
shunt@cwcd.com; krasmussen@cwcd.com
Attorneys for Plaintiff

6

Master Short Form Complaint
In Re: Chantix (Varenicline) Products Liability Litigation.

Master File No.: 2:09-CV-2039-IPJ